IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CR419 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHALA CHEREK-RAMIREZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to seal (Filing No. 50) and a motion to continue sentencing (Filing No. 51). The Court finds the motions should be granted. Accordingly,

IT IS ORDERED:

1) Defendant's motion to seal is granted. Filing No. 40 shall remain sealed until further order of the Court.

2) The motion to continue sentencing is granted; sentencing is rescheduled for:

**Thursday, February 9, 2012, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska.

DATED this 14th day of November, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court