IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:10CR419 |
| v. | ) | |
| LUIS RAMIREZ, | ) | ORDER |
| Defendant. | ) | |

This matter is before the Court on plaintiff's motion for dismissal (Filing No. 53). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion is granted. Leave to dismiss the indictment without prejudice as it relates to the defendant Luis Ramirez is granted. The indictment is dismissed without prejudice as it pertains to the defendant Luis Ramirez.

DATED this 18th day of January, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court