IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:10CR419 |
| v. | ) | |
| MICHALA CHEREK-RAMIREZ, | ) | ORDER |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to seal (Filing No. 59). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion to seal is granted. The index of evidence shall remain sealed pending further order of the Court.

DATED this 8th day of February, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court